In the Matter of JEROME A. NEWMAN, Appellant, against HENRY K. SMITH, as President of ADAMS EXPRESS COMPANY, et al., Respondents.

Argued June 8, 1942; decided July 29, 1942.

*Robert T. Swaine* and *Roy T. Parker, Jr.*, for appellant.

*Alfred A. Cook, William M. Parke and Henry Cohen* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.